UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES,

   Plaintiff,

 v.

SON VAN NGUYEN,

   Defendant and Movant.

NO. CR-S-99-0433 WBS
CV-S-07-1162 WBS

ORDER

----oo0oo----

   Defendant, SON VAN NGUYEN, has filed the following motions:

1. Application to Proceed in Forma Pauperis By a Prisoner;
2. Motion for Recluse (sic);
3. Movant's First Request Motion for Release of Sealed Documents;
4. Motion for Appointment of Counsel;
5. Motion Under U.S.C. 2255.

   The United States Attorney shall file a response to each of these motions on or before July 20, 2007.  Defendant

1  shall file his replies, if any, on or before August 4, 2007.
2  The matters will then be taken under submission.
3            IT IS SO ORDERED.
4  DATED:  June 19, 2007

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE