UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. S 99-0433 WBS |
| v. | ) | |
| SON VAN NGUYEN | ) | |

**FILED**
JUL 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum       ( ) Ad Testificandum

Name of Detainee:      SON VAN NGUYEN
Detained at (custodian):   UNITED STATES PENITENTIARY, ATWATER
Detainee is:     a.)   (X) charged in this district by:   (X) Indictment   ( ) Information ( ) Complaint
         charging detainee with: HOBBS ACT ROBBERY WITH THE USE OF A FIREARM [18 USC § 924 (c)(1) and 18 USC § 1951])
   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
   or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:         /s/ WILLIAM S. WONG
Printed Name & Phone No:   WILLIAM S. WONG, (916) 554-2700
Attorney of Record for:     United States of America

### WRIT OF HABEAS CORPUS
(X) Ad Prosequendum       ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 7/10/2007

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male |
| Booking or CDC #: | 01230-748 | DOB: |
| Facility Address: | UNITED STATES PENITENTIARY, ATWATER | Race: ASIAN |
| | 1 Federal Way, Atwater, California | FBI #: |
| Facility Phone: | (209) 386-0257 | |
| Currently Incarcerated For: | Hobbs Act Robbery Causing Death, 9241 Violation | |

### RETURN OF SERVICE

Executed on _____   By: _____
                           (Signature)