IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,        No. CR S-99-0433 WBS GGH

    vs.

SON VAN NGUYEN,

    Movant.        <u>ORDER</u>

_____/

        By order filed on August 26, 2010, respondent was temporarily relieved of its obligation to file an answer in response to movant's 28 U.S.C. § 2255 motion so that it could be determined whether habeas counsel would be appointed for movant. In addition, movant's pro se motions for leave to supplement his § 2255 motion and to conduct discovery were vacated without prejudice. Counsel for movant has been appointed.

        Accordingly, IT IS ORDERED that within twenty-eight days of this order, the parties shall file a joint scheduling statement which addresses the timing and order of the following matters:

        1. The number of days movant's counsel estimates it will take to file either:

        a.) A statement indicating movant will stand on the existing §2255

1

1 | motion, and supplemental memorandum of points and authorities, if any; or
2 |     b. ) An amended § 2255 motion.
3 |   2. Discovery and investigations;
4 |   3. Anticipated motions;
5 |   4. The need for and timing of an evidentiary hearing;
6 |   5. Possible future amendments to the pleadings.

Counsel are reminded of the importance of timely filing a joint scheduling statement.  Failure to do so may result in sanctions.

DATED: November 23, 2010

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

GGH:009
nguy0233.ord