IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,           CR. NO. S-99-0433 WBS GGH

        vs.           <u>ORDER</u>

SON VAN NGUYEN,

        Movant.

_____/

        Movant has requested investigative monies in the 28 U.S.C. § 2255 motion.[1] The request is denied without prejudice. Movant should first use telephonic/video means to interview persons. If warranted and necessary, the court may then approve a renewed request that the investigator make a (second) trip to the East Coast for the purpose of interviews.

DATED: February 15, 2011           /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

nguyen.ord2

---

[1] This order will be filed as it will purposefully not reveal any work product of movant's counsel.

1