IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                              No. CR S-99-0433 WBS GGH P

    vs.

SON VAN NGUYEN,

    Movant.                                  <u>ORDER</u>

_____/

   For the reasons set forth in the memorandum filed under seal, movant Nguyen's request for further investigative monies is denied without prejudice to a prima facie showing of actual innocence.

   In addition, the accompanying memorandum is to be filed under seal.  The United States Attorney shall not be served with the memorandum.

DATED:   03/14/11

         /s/ Gregory G. Hollows
         _____
         UNITED STATES MAGISTRATE JUDGE

nguy433.ord

1