KRISTA HART
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Movant
Son Van Nguyen

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | Cr.S. 99-433 WBS GGH |
| Plaintiff/Respondent, | |
| v. | STIPULATION AND ORDER |
| Son Van Nguyen, | |
| Defendant/Movant. | |

Movant Son Van Nguyen, by and through counsel Krista Hart, and the United States of America (government), by and through its counsel Assistant US Attorney William Wong, hereby stipulate and agree that the previous briefing schedule concerning Mr. Nguyen's motion pursuant to 28 U.S.C. §2255 be modified. The parties agree Mr. Nguyen's amended 2255 motion is due on June 27, 2011, and the government's answer is due 30 days later.

In 2003, Mr. Nguyen was convicted of Hobbs Act robbery, use of a firearm during a crime, and murder. The court sentenced Mr. Nguyen to life in prison plus 60 months. Mr. Nguyen is in the custody of the Bureau of Prisons at USP Atwater.

In April of 2010, Mr. Nguyen filed a motion pursuant to 28 U.S.C. §2255. On June 1, 2010, the Court ordered the government to file an answer within 30 days. (Doc 1435) On August 2, 2010, codefendant Thy Chann submitted a letter to

1

this Court stating, among other things, that Mr. Nguyen was not guilty. (Doc 1500)  The Court appointed counsel to investigate and supplement the motion if necessary. Any supplemental motion is now due on June 7, 2011.

Counsel for Mr. Nguyen has made progress toward preparing the supplemental motion, but needs a few more days. Counsel for the government, AUSA Wong, will be out of the office for two weeks, returning on June 27, 2011. Pursuant to the Court's previous order, AUSA Wong will have 30 days to respond to the motion, he would prefer the motion be filed upon his return to maximize his time to respond.

Therefore, the parties stipulate and agree Mr. Nguyen's supplemental motion pursuant to 28 U.S.C. §2255, be filed on June 27, 2011.

DATED: June 8, 2011

        */s/ Krista Hart*
        Attorney for Movant
        Son Van Nguyen

DATED: June 8, 2011        Benjamin Wagner
        United States Attorney

        */s/ William Wong*
        Assistant US Attorney

## ORDER

The parties's request is granted. Movant Son Van Nguyen's supplemental motion is due on June 27, 2011. The government's answer is due 30 days later.

DATED: June 8, 2011

        /s/ Gregory G. Hollows
        _____
        Gregory G. Hollows
        United States Magistrate Judge

nguy0433.stp