IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                No. CR S-99-0433 WBS GGH P

    vs.

SON VAN NGUYEN,

    Movant.                 <u>ORDER</u>

    _____/

    Respondent has filed a timely response to the show cause order, filed on September 23, 2011. Having considered the reasons set forth by the government for having failed to respond to the amended § 2255 motion and having concluded that they are set forth in good faith, the court will deem the show cause order discharged and will also grant respondent an extension of time, until October 14, 2011, to file a response to the amended § 2255 motion (docket #1548). There will be no further extension of time.

    IT IS SO ORDERED.

DATED: October 4, 2011

                         /s/ Gregory G. Hollows
                         _____
                         UNITED STATES MAGISTRATE JUDGE

GGH:009
nguy433.ord3