HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
SON VAN NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SON VAN NGUYEN,<br><br>　　　　　Defendant. | Case No.  2:99-CR-0433-06 WBS<br><br>**ORDER** |

　　　　Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent defendant SON VAN NGUYEN to determine whether he may qualify for federal habeas relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender is relieved and attorney Krista Hart, Law Offices of Krista Hart, PO Box 188794 Sacramento, CA 95818, is appointed counsel for Mr. Nguyen.   IT IS SO ORDERED.

Dated:  March 3, 2016

　　　　　　　　　　　　　　　　　　　　/s/ William B. Shubb
　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-