UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SON VAN NGUYEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CR. NO. 2:99-00433 WBS<br><br>ORDER |

----oo0oo----

On June 23, 2016, the Ninth Circuit held that petitioner Son Van Nguyen was authorized to file a successive motion pursuant to 28 U.S.C. § 2255 and that he makes a prima facie showing under Johnson v. United States, 135 S. Ct. 2551 (2015).  (Docket No. 1724.)  On June 24, 2016, petitioner filed a motion pursuant to 28 U.S.C. § 2255.  (Docket No. 1725.)  The United States shall file an opposition to petitioner's motion no later than July 27, 2016.  Petitioner may then file a reply no

1

later than August 10, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  June 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE