UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Respondent, <br><br> v. <br><br> SON VAN NGUYEN, <br><br> Movant. | No. 2:99-cr-0433 WBS AC <br><br><br> ORDER |

By order filed June 20, 2019, the motion to substitute counsel for defendant Son Van Nguyen was provisionally granted provided that counsel filed a properly executed motion within two weeks. ECF No. 1803. Counsel has now filed a properly executed motion. ECF No. 1804.

Accordingly, IT IS HEREBY ORDERED that the motion to substitute counsel (ECF No. 1804) is granted. Attorney Krista Hart is released from her representation of Son Van Nguyen and attorney Benjamin Ramos is hereby appointed to represent Son Van Nguyen.

DATED: July 8, 2019.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1