UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:99-cr-433 WBS |
| Plaintiff, | |
| v. | ORDER |
| SON VAN NGUYEN, | |
| Defendant. | |

----oo0oo----

Defendant Son Van Nguyen has filed a Motion for Bail or Conditional Release Pending Resentencing. (Docket No. 1851.) The court notes that on March 4, 2020, Judge Allison Claire denied a similar motion by this defendant. (Docket No. 1849.) However, in light of defendant's new arguments raised in the instant motion, the government is hereby ORDERED to file a response by 12:00 p.m. (noon) on Monday, April 6, 2020. Any reply by defendant shall be filed by Thursday, April 9, 2020. The court will then take the motion under submission and will

1

inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: April 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE