1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES,

12              Plaintiff/Respondent,

13       vs.

14    BAO LU, SON VAN NGUYEN, THY
      CHANN, and HOANG AI LE
15

16              Defendants/Movants.

17

Case No.: 2:99-CR-00433-06 WBS-AC

**ORDER GRANTING MOTION TO
WITHDRAW AS APPOINTED
COUNSEL OF RECORD
[ECF NO. 2064]**

18

19        GOOD CAUSE appearing, Benjamin Ramos, Esq.'s  motion to withdraw as

20    appointed counsel of record for movant Son Van Nguyen is **GRANTED**.

21

22        IT IS SO ORDERED.

23

24    Dated:  April 9, 2024

25                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE
26

27

28